IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:25-cr-00153-RJS-DBP |
| Plaintiff, | |
| vs. | |
| | AMENDED ORDER |
| MARCEL MALU MALANGA, TYLER CHRISTIAN THOMPSON JR., BENJAMIN REUBEN ZALMAN-POLUN, and JOSEPH PETER MOESSER. | |
| | Chief Magistrate Judge Dustin B. Pead |
| Defendants. | |

    Before the Court is a Motion by the United States for Designation as a Complex Case under the Speedy Trial Act and for Exclusion of Time. In accordance with 18 U.S.C. § 3161(h)(7)(B)(ii) of the Speedy Trial Act, for the reasons set forth in the motion and for good cause shown, the Court hereby GRANTS the motion. Specifically, the Court finds pursuant to 18 U.S.C. § 3161(h)(7) that the case is unusual and complex and that the ends of justice served in scheduling a trial beyond the 70-day deadline established by the Speedy Trial Act outweigh the best interest of the public and the defendants in a speedy trial.

    Based on the United States' representations, the Court notes that the allegations are serious and involve overseas conduct, that discovery in this case is likely to be voluminous and complex, and that proceedings under the Classified Information Procedures Act, 18 U.S.C. App. III, may be required. The Court therefore finds that the

ends of justice require an exclusion of time to allow the parties to coordinate discovery and to permit the defense to receive and assess evidence so that counsel may adequately prepare for trial.

Accordingly, it is hereby ORDERED that a status conference will be set for July 8, 2025, and that, pursuant to 18 U.S.C. § 3161(h)(7)(A), the period from and including April 24, 2025, through and including July 8, 2025, shall be excluded in computing the time within which the trial must commence.

IT IS SO ORDERED.

_____
DUSTIN B. PEAD
United States Chief Magistrate Judge

Dated: June 12, 2025